Form B1 (Official Form)-(Rev. 9/01) — 2001 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (If Individual, enter Last, First, Middle):** SPEHART, INC. | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 6 years** (include married, maiden, and trade names): Dba 24/7; dba Twenty Four/Seven; dba Ike's<br><br>The Case Contains More Than 100 Entities That Hold Claims | **All Other Names used by the Debtor in the last 6 years** (include married, maiden, and trade names): |
| **Soc. Sec./Tax I.D. No.** (if more than one, state all): 33-0339089 | **Soc. Sec./Tax I.D. No.** (if more than one, state all): |
| **Street Address of Debtor** (No. & Street, City, State, & Zip Code): 27068 La Paz Road, #483, Aliso Viejo, CA 92656 | **Street Address of Debtor** (No. & Street, City, State, & Zip Code): |
| **County of Residence or of the Principal Place of Business:** Orange | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor** (if different from street address): Same | **Mailing Address of Debtor** (if different from street address): |

**Location of Principal Assets of Business Debtor** (if different from street address above): 4200 West Westminster Avenue, Unit D003-004, Santa Ana, CA 92703

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- [ ] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [X] Corporation
- [ ] Partnership
- [ ] Others:
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case Ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offic

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|---|
| **Estimated Number of Creditors** | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

**Estimated Assets**
| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More $100 m |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**
| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More $100 r |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

12/16/2003   **FILED**   12:14
**SA03-19047JB**
DEBTOR:
 SPEHART INC
JUDGE: HON. J. BARR - 408
TRUSTEE: MARR   CH: 07 (COMPLETE)
341A MTG: 01/20/2004 08:00 SA4
ADR: RM 3-110 411 W. FOURTH ST., SA

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 211
RECEIPT NO: SA-014070  $ 209.00

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SPEHART, INC.** | FORM B1,<br>Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
|---|---|---|

### Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
|---|---|---|
| District:<br>**N/A** | Relationship:<br>**N/A** | Judge:<br>**N/A** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone and Fax Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  *[signed] Pamela Karger*
Signature of Attorney for Debtor(s)

**Pamela Zylstra Karger**
Printed Name of Attorney for Debtor(s)

**PAMELA ZYLSTRA KARGER A PROFESSIONAL CORPORATION**
Firm Name

**28241 Crown Valley Pkwy, F-610**
Address

**Laguna Niguel, CA 92677**

**Phone: (949) 388-1330    Fax: (949) 364-2025**
Telephone and Fax Number

**December 19, 2003**        **147977**
Date                                    Bar Number

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *[signed] Michael J. Spehart*
Signature of Authorized Individual

Printed Name of Authorized Individual
**Michael J. Spehart**

Title of Authorized Individual
**President**

Date **December 12, 2003**

**Exhibit "A"**

(To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit "B"**

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    _____
Signature of Attorney for Debtor(s)              Date

**Exhibit "C"**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit "C" is attached and made a part of this petition

☒ No.

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.