# United States Bankruptcy Court

__CENTRAL__ District of __CALIFORNIA__

In re: __SPEHART, INC.__
Debtor

Case No. _____ (If known)

Chapter: __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amount from schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Yes | 1 | $ 00 | | |
| B | Personal Prperty | Yes | 4 | $ 5,625 | | |
| C | Property Claimed as Exempt | Yes | 1 | | | |
| D | Creditor Holding Secured Claims | Yes | 1 | | $ 00 | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 2,116 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $ 251,888 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | No | 0 | | | $ |
| J | Current Expenditures of Individual Debtor(s) | No | 0 | | | $ |
| | Total Number of Sheets in All Schedules | | 31 | | | |
| | | | Total Assets | $ 5,625 | | |
| | | | | Total Liabilities | $ 254,004 | |

FORM B6 (12/95)

6