In re: **SPEHART, INC.** _____     Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule on the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 1984 Clothing<br>7521 Melrose<br>Los Angeles CA 90046 | | | Retail merchandise | | | | $ 463 |
| ADT<br>14200 East Exposition Ave<br>Aurora CO 80012 | | | Security alarm services | | | | $ 116 |
| A Low Cost Storage<br>4200 Westminster Ave<br>Santa Ana CA 92703 | | | Storage units | | | | $ 22 |
| Adam Harper<br>7072 Mission Blvd<br>No 3<br>Riverside CA 92509 | | | Consignment Merchandise | | | | $ 100 |

In re: SPEHART, **INC.** _____   Case No. _____
                         Debtor                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Alias Distribution<br>7130 Convoy Court<br>San Diego CA 92111 | | | Retail Merchandise | | | | $ 1,791 |
| All or Nothing Records<br>116 South 14th Street<br>Newark NJ 07107 | | | Consignment merchandise | | | | $ ~35 |
| Alvarez Adrian<br>10820 Beverly Blvd<br>ASM PMB17<br>Whittier CA 90601 | | | Consignment merchandise | | | | $ 28 |
| Ambiguous<br>17161 Gillette<br>Irvine CA 92614 | | | Retail merchandise | | | | $ 8,123 |
| Amcere Del<br>4509 Cafewood<br>Freemont CA 99538 | | | Consignment merchandise | | | | $ 50 |

17

In re: **SPEHART, INC.**
_____
Debtor

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Amerikan<br>25217 Terreno Dr.<br>Mission Viejo CA 92691 | | | Retail merchandise | | | | $ 817 |
| Arnette Luxottica<br>44 Harbor Park Drive<br>Port Washington NY 11050 | | | Retail Merchandise | | | | $ 1,622 |
| Bank One<br>PO Box 8650<br>Wilmington DE 19899-8650 | | | Corporate credit card | | | | $ 9,958 |
| Billabong<br>117 Waterworks Way<br>Irvine CA 92618 | | | Retail Merchandise | | | | $ 9,593 |
| Bus Driver<br>4188 Green Bush<br>No 3<br>Sherman Oaks CA 91423 | | | Consignment Merchandise | | | | $ 30 |

In re: **SPEHART, INC.** _____     Case No. _____
　　　　　　　　　Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Combat Ready<br>10511 Tampion<br>Garden Grove CA | | | Consignment Merchandise | | | | $ 56 |
| Casq Dagzeed<br>4750 Ethel Street<br>Sherman Oaks CA 91423 | | | Consignment Merchandise | | | | $ 21 |
| Celestial<br>115 West Washington Blvd.<br>Los Angeles CA 90015 | | | Retail Merchandise | | | | $ 862 |
| Changes<br>88-36 77th Avenue<br>Glendale NY 11385 | | | Retail Merchandise | | | | $ 433 |
| CIT<br>134 Wooding Avenue<br>Danville VA 24541 | | | Retail Merchandise | | | | $ 4,464 |

In re: SPEHART, INC. _____   Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Cirosta Kevin<br>13586 Valley Heart<br>Sherman Oaks CA 91423 | | | Consignment merchandise | | | | $ 60 |
| Cohen Eric<br>115 McAfee Street<br>Thousand Oaks CA 91360 | | | Consignment merchandise | | | | $ 50 |
| Creativity Captured<br>2206 Aralia Street<br>Newport Beach CA 92660 | | | Retail Merchandise | | | | $ 820 |
| Cyrus<br>250 No Cliffwood Ave<br>Los Angeles CA 90049 | | | Consignment Merchandise | | | | $ 120 |
| DEZ<br>4619 Jonne Avenue<br>Bakers CA 93309 | | | Consignment merchandise | | | | $ 60 |

In re: SPEHART, **INC.** _____  Case No. _____
                Debtor                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Deckers<br>PO Box 6367<br>Santa Barbara CA 93160 | | Retail merchandise | | | | $ 826 |
| Department of Water & Power<br>PO Box 10210<br>Van Nuys CA 91410-0210 | | Utilities | | | | $ 417 |
| Derek Teslik<br>1001 No Ogden Dr<br>No 16<br>W Hollywood CA 90016 | | Consignment Merchandise | | | | $ 40 |
| Dontel Hood<br>5104 San Vincete Blvd<br>Los Angeles CA 90019 | | Consignment Merchandise | | | | $ 48 |
| Dragon<br>5081 Newton Drive #E<br>Carlsbad CA 92008 | | Retail merchandise | | | | $ 273 |

In re: SPEHART, **INC.** _____     Case No. _____
                            Debtor                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| DC Shoes<br>1333 Keystone Way #A<br>Vista CA 92083 | | | Retail merchandise | | | | $ 3,693 |
| Elias Fullmore<br>445 Markham St<br>No A23<br>Atlanta GA 30313 | | | Consignment Merchandise | | | | $ 36 |
| Gary Roberts<br>220 No El Camino Real, 15<br>Oceanside CA 92054 | | | Consignment Merchandise | | | | $ 35 |
| G&E Music<br>11101 Aqua Vista, No 121<br>No Hollywood CA 91602 | | | Consignment merchandise | | | | $ 150 |
| GM5 Gabreak<br>350 N. 10th St<br>Grover Beach CA 93433 | | | Consignment merchandise | | | | $ 208 |

22

Case 8:03-bk-19047-JB    Doc 13-1    Filed 12/16/03    Entered 12/16/03 00:00:00    Desc
Main Document    Page 8 of 20

In re: <u>SPEHART, **INC.**</u>          Case No. _____
             Debtor                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Gypsys & Thieves<br>2324 East Porter Street<br>Los Angeles CA 90021 | | | Retail merchandise | | | | $ 801 |
| Goorin Brothers<br>1805 Rollins Road<br>Burlingame CA 94010 | | | Retail merchandise | | | | $ 371 |
| Ground Level Distribution<br>629 Sonora Avenue<br>Glendale CA 91201 | | | Retail merchandise | | | | $ 556 |
| Globe Shoes<br>18700 Crenshaw Boulevard<br>Torrance CA 90504 | | | Retail merchandise | | | | $ 2,512 |
| GMAC Vexel Bros<br>PO Box 4095<br>Atlanta GA 30302 | | | Retail merchandise | | | | $ 1,206 |

Page 8 of 20

23

In re: SPEHART, **INC.** _____        Case No. _____
              Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Green Jericho<br>410 South Hanser<br>Los Angeles CA 90036 | | | Consignment merchandise | | | | $ 175 |
| Honeywell Alarm<br>514 South Lyon Street<br>Santa Ana CA 92701 | | | Security alarm services | | | | $ 227 |
| Hurley International<br>1945 Placentia Avenue<br>Costa Mesa CA 92627 | | | Retail merchandise | | | | $ 9,980 |
| iii Sonic<br>640 West Queen Street<br>Inglewood CA 90301 | | | Consignment merchandise | | | | $ 113 |
| Illiance Co<br>369 South Doheny #346<br>Beverly Hills CA 90211 | | | Consignment merchandise | | | | $ 50 |

In re: SPEHART, **INC.** _____   Case No. _____
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Inner Circle<br>199 Dowhatton<br>SF CA 94110 | | | Consignment merchandise | | | | $ 66 |
| Josh Pearl<br>4346 Shallow Water<br>San Antonio TX 78233 | | | Consignment merchandise | | | | $ 40 |
| Kangol<br>3 Westchester Plaza<br>Elmsford NY 10523 | | | Retail merchandise | | | | $ 3,980 |
| Kosmic Tour<br>3971 West Orange #138<br>Anaheim CA 92807 | | | Consignment merchandise | | | | $ 45 |
| Lord Company<br>12106 Union Street<br>Norwalk CA 90650 | | | Consignment merchandise | | | | $ 104 |

25

In re: SPEHART, **INC.** _____   Case No. _____
                   Debtor                                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Lost<br>15707 Rockfield Blvd<br>Irvine CA 92618 | | | Retail merchandise | | | | $ 3,159 |
| Mail Boxes, Etc.<br>27068 La Paz Rd #483<br>Aliso Viejo CA 92656 | | | Mail box | | | | $ 22 |
| Manuel<br>12106 Union St<br>Norwalk CA 90650 | | | Consignment merchandise | | | | $ 25 |
| Mascaria<br>16121 Sigman St<br>Hacienda Heights CA 91745 | | | Consignment merchandise | | | | $ 35 |
| Merge<br>PO Box 310<br>El Segundo CA 90245 | | | Retail merchandise | | | | $ 29,492 |

2b

In re: <u>SPEHART, INC.</u>                                   Case No. _____
                Debtor                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Michael Spehart<br>27068 La Paz Rd #483<br>Aliso Viejo CA 92656 | | | Personal loans to company; payments to creditors of company | | | | $ 87,172 |
| Michael Ziobrowski<br>PO Box 11153<br>Santa Ana CA 92711-1153 | | | Consignment merchandise | | | | $ 135 |
| Mike Mallinger<br>2682 Dorado Ct<br>Thousand Oaks CA 91362 | | | Consignment merchandise | | | | $ 40 |
| Mooks<br>18710 Crenshaw Blvd<br>Torrance CA 90504 | | | Retail merchandise | | | | $ 676 |
| Murs Co<br>9 No 6th St<br>Tucson AZ 85701 | | | Consignment merchandise | | | | $ 52 |

In re: SPEHART, INC.
_____
Debtor

Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NHS<br>PO Box 2718<br>Santa Cruz CA 95063 | | | Retail merchandise | | | | $ 2,772 |
| New Moon<br>5212 Makati Circle<br>San Jose Ca 95123 | | | Consignment merchandise | | | | $ 25 |
| Office of Finance LA<br>Attn T&P Alarm Unit<br>File 55604<br>Los Angeles CA 90074-5604 | | | Alarm fee | | | | $ 86 |
| On Point<br>1828 So Wilton Pl<br>Los Angeles Ca 90019 | | | Consignment merchandise | | | | $ 35 |
| Paul Frank<br>1537 Monrovia Avenue<br>Newport Beach CA 92663 | | | Retail Merchandise | | | | $ 855 |

28

In re: SPEHART, INC. _____  Case No. _____
                              Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Phoenix Orion<br>4150 So Main St<br>No 605<br>Los Angeles CA 90013 | | | Consignment Merchandise | | | | $ 318 |
| Planet Earth<br>1916 Palomare Oaks Way<br>Carlsbad CA 92008 | | | Retail merchandise | | | | $ 2,592 |
| Poopan Hooligan<br>6539 Rubio Ave<br>Los Angeles CA 91406 | | | Consignment merchandise | | | | $ 21 |
| Roger Vinalon<br>3205 Los Feliz Blvd<br>No S-200<br>Los Angeles CA 90030 | | | Consignment merchandise | | | | $ 25 |
| Quiksilver Eyewear<br>897 West 16th Street<br>Newport Beach CA 92663 | | | Retail merchandise | | | | $ 350 |

Case 8:03-bk-19047-JB    Doc 13-1    Filed 12/16/03    Entered 12/16/03 00:00:00    Desc
Main Document    Page 15 of 20

In re: SPEHART, **INC.**
_____
Debtor

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Rainbow Sandals<br>326 Calle De los Molinos<br>San Clemente CA 92672 | | | Retail merchandise | | | | $ 499 |
| Ramirez Jesse<br>3384 Columbia Dr<br>Los Angeles CA 91750 | | | Consignment merchandise | | | | $ 100 |
| Reef Sandals<br>9660 Chesapeake Drive<br>San Diego CA 92123 | | | Retail merchandise | | | | $ 879 |
| Rusty Apparel<br>17822 Gillette Avenue<br>Irvine CA 92614 | | | Retail Merchandise | | | | $ 556 |
| SBC Pacific Bell<br>Payment Center<br>Van Nuys CA 91388-0001 | | | Telephone bill | | | | $ 179 |

Page 15 of 20

30

In re: SPEHART, **INC.**                                                             Case No. _____
              Debtor                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Scarab<br>591 Oimmick Dr<br>Los Angeles CA 90065 | | | Consignment Merchandise | | | | $ 150 |
| Sead<br>11079 Borden Ave<br>Pacoima CA 91331 | | | Consignment Merchandise | | | | $ 64 |
| Shaolin<br>209 South Gary Street<br>Los Angeles CA 90013 | | | Retail merchandise | | | | $ 1,385 |
| Shortys<br>PO Box 3960<br>Santa Barbara CA 93130 | | | Retail merchandise | | | | $ 508 |
| Sick Mats<br>8033 Sunset<br>No 281<br>Hollywood CA 90046 | | | Consignment merchandise | | | | $ 119 |

In re: <u>SPEHART, INC.</u>
Debtor

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Sims Vince<br>569 South Doheny #1314<br>Beverly Hills CA 90211 | | | Consignment merchandise | | | | $ 104 |
| Sole Technology<br>20161 Windrow Drive<br>Lake Forest CA 92630 | | | Retail merchandise | | | | $ 21,599 |
| SP Magazine<br>902 So Santa Fe Ave<br>Los Angeles CA 90021 | | | Consignment merchandise | | | | $ 45 |
| Smith FJ<br>6815 East Washington Blvd<br>Commerce CA 90040 | | | Retail merchandise | | | | $ 678 |
| Stevenson Teron<br>5335 Garth Avenue<br>Los Angeles CA 90056 | | | Consignment merchandise | | | | $ 84 |

32

In re: SPEHART, INC.                                                    Case No. _____
         Debtor                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Still Will<br>1021 Kumquat Pl<br>Oxnard CA 93030 | | | Consignment merchandise | | | | $ 70 |
| Subflow Company<br>1957 Plaza Del Amo<br>Torrance CA 90504 | | | Retail Merchandise | | | | $ 0 |
| Taylor Tosh<br>1020 Laguna Ave<br>Los Angeles CA 90026 | | | Consignment merchandise | | | | $ 70 |
| Trance Company<br>407 Ninth Street<br>Albuquerque NM 83715 | | | Consignment merchandise | | | | $ 40 |
| Twelve Fana<br>207 No Mountain View<br>Santa Ana CA 92703 | | | Consignment merchandise | | | | $ 48 |

In re: SPEHART, INC.
Debtor

Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Volcom<br>1740 Monrovia<br>Costa Mesa CA 92627 | | Retail merchandise | | | | $ 24,424 |
| Wendt Bob<br>2931 Manterville<br>Los Angeles CA 90049 | | Consignment merchandise | | | | $ 80 |
| Wescosa<br>662 Mt Hermon Road<br>Scotts Valley CA 95066 | | Retail merchandise | | | | $ 1,245 |
| Wiens Gabe<br>21771 Wild Geranium<br>Moreno Valley CA 92557 | | Consignment merchandise | | | | $ 35 |
| Wyman Coot<br>418 Hickory #1<br>Chico CA 95928 | | Consignment merchandise | | | | $ 35 |

In re: <u>SPEHART, **INC.**</u>                                                  Case No. _____
              Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Yak Pak<br>10 Jay Street<br>Brooklyn NY 11201 | | | Retail merchandise | | | | $ 1,327 |
| York Clothing<br>1771 North Sycamore #16<br>Hollywood CA 90028 | | | Retail merchandise | | | | $ 800 |
| Zen<br>5104 San Vincente Ave<br>Los Angeles CA 90019 | | | Consignment merchandise | | | | $ 32 |
| Zion Clothing<br>3701-2 St Johns Ind Pkwy West<br>Jacksonville FL 32246 | | | Retail merchandise | | | | $ 500 |
| | | | | | | Schedule Total | $ 251,888 |

35