FORM B6 - Cont.
(12/94)

Case No. _____
(If known)

In re: SPEHART, INC. _____
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.   (Total shown on summary page plus 1)

Date _____   Signature: _____
                                              Debtor

Date _____   Signature: _____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____   _____
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No.

_____
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____   _____
Signature of Bankruptcy Petition Preparer   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Michael Spehart** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the **Spehart, Inc.** [corporation or partnership] named as debtor in this case, declare under penalty of perjury, declare that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information and belief.   (Total shown on summary page plus 1.)

Date December _11_, 2003   Signature: _/s/ Michael J. Spehart_

Michael Spehart
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership of corporation must indicate position or relationship to debtor.]

38